IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JEANNE MAJUSIAK,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CV 19-53-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendant Allstate Fire and Casualty Insurance Company ("Defendant") has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 6.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

Defendant's counsel, Stephanie Oblander, may appear by telephone at the July 16, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 17th day of June, 2019.

                                                                    _____
                                                                    TIMOTHY J. CAVAN
                                                                    United States Magistrate Judge