IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JEANNE MAJUSIAK,<br><br>              Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>              Defendant. | CV 19-53-BLG-SPW-TJC<br><br>**ORDER** |

The Court has been notified of settlement of this case. (Doc. 32.) No issue appears to remain for the Court's determination, therefore: IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all pending motions (Docs. 17 & 24) and deadlines (*see* Doc. 20) are VACATED.

DATED this 16th day of October 2019.

                                                    TIMOTHY J. CAVAN
                                                    United States Magistrate Judge