IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
NOV -7 2019
Clerk, US District Court
District of Montana  Billings

| | |
|---|---|
| JEANNE MAJUSIAK,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CV 19-53-BLG-SPW<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 34), and for good cause appearing,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE,** with each party to bear their own attorneys' fees and costs.

DATED this 7th day of November, 2019.

SUSAN P. WATTERS
United States District Judge

1